Deepika Thompson, SBN: 251665
Jonathan Shugart SBN: 278221
THE ERSKINE LAW GROUP, PC
3995 East La Palma Avenue
Anaheim, California 92807
Tel: (949) 777-6032
Fax: (714) 844-9035
dthompson@erskinelaw.com
jshugart@erskinelaw.com

Attorneys for Defendant
GENERAL MOTORS LLC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| MARK ANTHONY GARCIA and AMY ELLEN GARCIA, individuals;<br><br>Plaintiffs,<br><br>v.<br><br>GENERAL MOTORS LLC; a Delaware Limited Liability Company; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.   1:18-at-00706<br><br>**GENERAL MOTORS LLC'S NOTICE OF REMOVAL BASED ON DIVERSITY**<br><br>[28 U.S.C. §§ 1332, 1441, 1446]<br><br>Complaint Filed: August 20, 2018<br><br>Tulare County Superior Court Case No. VCU275141<br><br>**DEMAND FOR JURY TRIAL**<br><br>**Filed Concurrently with:**<br>1) Civil Cover Sheet; 2) Certification and Notice of Interested Parties; 3) |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT AND ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE THAT** Defendant GENERAL MOTORS LLC ("GM"), through its counsel of record, respectfully petitions for removal of this case from the Superior Court of California, County of Tulare, to the United States District Court for the Eastern District of California, Fresno Division, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446. The grounds for removal are set forth below:

**I.  TIMELINESS OF REMOVAL**

1. On August 20, 2018, Plaintiffs filed a complaint alleging violations of the Song-Beverly Consumer Warranty Act, California Civil Code §§ 1790, *et seq.* ("Song-Beverly"), Fraudulent Inducement-Concealment, Fraudulent Inducement-Intentional Misrepresentation, and Fraudulent Inducement-Negligent Misrepresentation (the "Complaint") in the Superior Court of California, County of Tulare, entitled *Mark Anthony Garcia, et al. v. General Motors LLC* (Case No. VCU275141) (the "State Court Lemon Law Action").  The State Court Lemon Law Action was assigned to Judge Hillman of the Tulare County Superior Court.  Pursuant to 28 United States Code, section 1446(a), true and correct copies of all process, pleadings, and orders filed in the State Court Action are attached as **Exhibit A**.  To GM's knowledge, no other processes, pleadings, or orders related to this case have been filed in the State Court Action.

2. On August 22, 2018, Plaintiffs served GM with a copy of the Complaint and Summons.  (*See* Exhibit A.)  The Complaint seeks civil penalty damages in the amount of two times Plaintiffs' actual damages, as well as punitive damages and attorney fees and costs of suit.  (*Ibid.*)

3. Under 28 U.S.C. § 1446(b)(1), a "notice of removal of a civil action or proceeding shall be filed within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based, or within 30 days after the service of summons upon the defendant if such initial pleading has then been filed in court and is not required to be served on the defendant, whichever period is shorter."

4. This notice, which GM filed within 30 days of being served with the Complaint, is timely. *Id.*

**II.  VENUE**

5. Pursuant to 28 U.S.C. §§ 84(c)(1), 1441(a), and 1446(a), venue is proper in this Court because Plaintiffs originally brought this action in the Tulare County Superior Court.

DEFENDANT GENERAL MOTORS LLC'S NOTICE OF REMOVAL BASED ON DIVERSITY

**III.   FILING AND SERVICE OF NOTICE OF REMOVAL**

6.   Pursuant to 28 U.S.C. § 1446(d), promptly after filing this Notice, GM will serve Plaintiffs with a copy and file a copy with the Clerk of the Tulare County Superior Court.

**IV.   BASIS FOR REMOVAL: DIVERSITY JURISDICTION**

7.   This Court has original jurisdiction over matters where the parties are citizens of different states and the amount in controversy exceeds $75,000. 28 U.S.C. §§ 1446(c) & 1332(a).

8.   The parties are citizens of different states:

  a.   Plaintiffs are citizens of California. (*See* Complaint, ¶ 2 ("Plaintiffs are individuals residing in the City of Selma, County of Fresno, State of California."); *see also* Exhibit 1 to the Complaint (showing that Plaintiffs reside in California).)

  b.   GM is a Delaware limited liability company created with its principal place of business and corporate headquarters in Michigan. As a limited liability company, GM is deemed a citizen of every state of which its owners or members are citizens. *See Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006). GM's sole member is General Motors Holdings LLC. General Motors Holdings LLC is a Delaware limited liability company with its principal place of business in Michigan. General Motors Holdings LLC's sole member is General Motors Company, a Delaware corporation with its principal place of business and corporate headquarters in Michigan. Thus, under U.S.C. § 1332(c), GM is a citizen of Delaware and Michigan.

9.   The amount in controversy also exceeds $75,000, based upon the allegations and Prayer for Relief in the Complaint:

  a.   Plaintiffs designated this action in state court as an Unlimited Jurisdiction matter, which means that their demand exceeds $25,000. *See Cal*. Code of Civ. P. §§ 85, 88; *see also* Exhibit A.

  b.   The Complaint's First, Second, and Third Causes of Action seek relief under Song-Beverly, and Plaintiffs have demanded rescission of the purchase contract, restitution,

DEFENDANT GENERAL MOTORS LLC'S NOTICE OF REMOVAL BASED ON DIVERSITY

a civil penalty in the amount of two times their actual damages, and attorney fees. (*See* Complaint ¶¶ 146-186 & Prayer for Relief.)

   c. If they were prevail on their Song-Beverly claims, Plaintiffs would be entitled to replacement or reimbursement of the value of their vehicle, and they may be eligible for a civil penalty in an amount not to exceed two times the amount of their damages, plus reasonable attorney fees. *See* Cal. Civ. Code, § 1794.

   d. Plaintiffs bought the subject vehicle for $53,909.35. (*See* Complaint, Exhibit 1.) If Plaintiffs were to prevail on their demand for a civil penalty, they could recover up to an additional $107,818.70 (*i.e.*, two times the amount of their actual damages). *See* Cal. Civ. Code, § 1794. Thus, the amount that Plaintiffs have demanded in their Complaint totals $161,728.05, not including attorney fees, which Plaintiffs demanded, and which also must be considered in determining whether the amount in controversy is met. *See Galt G/S v. JSS Scandinavia*, 142 F.3d 1150, 1155–56 (9th Cir. 1998).

  10. Thus, this Court has subject-matter jurisdiction under 28 U.S.C. § 1332(d)(2)(A).

**V. PRAYER**

  11. WHEREFORE, GM prays that the State Court Lemon Law Action be removed from the Superior Court of California, County of Tulare to this Federal Court.

**VI. DEMAND FOR JURY TRIAL**

  12. GM hereby respectfully demands a trial by jury on all claims that provide the availability of jury trials in the Complaint.

Dated: September 21, 2018    THE ERSKINE LAW GROUP, PC.

                /s/Deepika Thompson
                Deepika Thompson
                Attorneys for Defendant
                GENERAL MOTORS, LLC.

THE ERSKINE LAW GROUP
ATTORNEYS AT LAW

1
PROOF OF SERVICE