UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANTHONY GARCIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GENERAL MOTORS, LLC,<br><br>Defendant. | Case No. 1:18-cv-01313-LJO-BAM<br><br>ORDER DIRECTING DEFENDANT TO CONSENT TO OR DECLINE UNITED STATES MAGISTRATE JUDGE JURISDICTION<br><br>(Doc. No. 20.)<br><br>**FOURTEEN (14) DAY DEADLINE** |

Plaintiffs Mark Anthony Garcia and Amy Ellen Garcia ("Plaintiffs") initially filed this action on August 20, 2018, in the Superior Court of California for the County of Tulare. (*See* Doc. No. 1.) Defendant General Motors, LLC ("Defendant"), filed a notice of removal on September 21, 2018. (Doc. No. 1.)

On January 22, 2019, Plaintiffs filed a consent or request for reassignment form consenting to the jurisdiction of a United States Magistrate Judge. (Doc. No. 14.) On April 16, 2019, the parties submitted a Joint Scheduling Report stating that all parties intended to consent to the jurisdiction of a United States Magistrate Judge. (Doc. No. 19.) On April 23, 2019, the Court held an Initial Scheduling Conference and it was discussed with the parties that, before a Scheduling Order may issue, the Court must receive a notice of consent or decline to the jurisdiction of a United States Magistrate Judge from each party. (Doc. No. 20.) Accordingly, the parties were instructed to file their consent or request for reassignment forms by no later than April 30, 2019. (*Id.*)

1

| | |
|---|---|
| 1 | The record reflects that Defendant has not yet filed a valid form consenting to Magistrate |
| 2 | Judge jurisdiction or requesting reassignment to a District Judge despite appearing in this action. |
| 3 | Therefore, Defendant shall notify the Court within fourteen (14) days from the date of service of |
| 4 | this order whether it consents to or declines United States Magistrate Judge jurisdiction. |
| 5 | Accordingly, the Court HEREBY ORDERS that Defendant shall complete and return a |
| 6 | consent or request for reassignment form (Doc. No. 3-2) within **fourteen (14) days** of service of |
| 7 | this order. |

IT IS SO ORDERED.

Dated: **May 6, 2019**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE