UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANTHONY GARCIA and AMY ELLEN GARCIA,<br><br>Plaintiffs,<br><br>v.<br><br>GENERAL MOTORS LLC, a Delaware Limited Liability Company; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 1:18-cv-01313-BAM<br><br>**ORDER GRANTING REQUEST TO CONTINUE DEADLINE TO FILE DISMISSAL DOCUMENTS**<br><br>(Doc. No. 30) |

Pursuant to the parties' joint status report, and good cause appearing, the deadline for the parties to file appropriate papers to dismiss or conclude this action in its entirety is HEREBY CONTINUED to October 7, 2019. Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rule 160 and Local Rule 272.

IT IS SO ORDERED.

Dated: **August 8, 2019**         /s/ *Barbara A. McAuliffe*         
                          UNITED STATES MAGISTRATE JUDGE

1